■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON JACKSON, Appellant. [42 NYS3d 922]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DAVIS, Appellant. [42 NYS3d 922]—Motion for writ of error coram nobis and for other relief denied. Present—Whalen, P.J., Peradotto, Carni, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER D. HUNTER, Appellant. [42 NYS3d 922]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Carni and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS B. WORTH, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS WORTH, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS WORTH, Appellant. [42 NYS3d 919]—Motion for reargument and for other relief denied. Present—Whalen, P.J., Centra, Carni, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD W. REINARD, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD W. REINARD, Appellant. (Appeal No. 2.) [42 NYS3d 923]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DYLAN SCHUMAKER, Appellant. [42 NYS3d 923]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Carni, Lindley and DeJoseph, JJ.

■ ELLIOTT B. PATER, as Administrator of the Estate of JOYCE PECKY, Deceased, Appellant, v CITY OF BUFFALO et al., Respondents. (Action No. 1.) SUSAN PHISTER, Appellant, v CITY OF BUFFALO et al., Respondents. (Action No. 2.) ERICA SNYDER, Appellant, v CITY OF BUFFALO et al., Respondents. (Action No. 3.) [42 NYS3d 923]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Peradotto, J.P., Carni, Lindley, Curran and Troutman, JJ.